THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNIVERSAL BUSINESS CORPORATION, Respondent, against RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, et al., Appellants.

(Argued April 29, 1935; decided May 21, 1935.)

*George A. Reilly, Corporation Counsel* (*Charles E. Brennan* of counsel), for appellants.

*William E. Woollard* and *Ernest B. Morris* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.